✎ AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☑ ACTION  ☐ APPEAL

| DOCKET NO. | DATE FILED | COURT NAME AND LOCATION |
|---|---|---|
| 19-cv-02371-ER | 3/15/2019 | U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>500 PEARL STREET, NEW YORK, N.Y. 10007 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Take-Two Interactive Software, Inc. | John Does 1 through 10 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | PA 1-950-397 | GRAND THEFT AUTO V (FOR PC) | TAKE-TWO INTERACTIVE SOFT.. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | See Attached List | See Attached List | See Attached List |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☑ No | 6/7/2019 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Ruby J. Krajick | s/K.Mango | 6/10/2019 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br> Plaintiff, <br><br> - against - <br><br> JOHN DOES 1-10, <br><br> Defendants. | Case No. 1:19-cv-02371 <br><br> ECF Case <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

   Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Take-Two Interactive Software, Inc. through its counsel of record, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against all defendants.

Dated:  New York, New York
    June 7, 2019

           */s/ Dale M. Cendali*
           Dale M. Cendali
           Joshua L. Simmons
           Megan L. McKeown
           KIRKLAND & ELLIS LLP
           601 Lexington Avenue
           New York, New York 10022
           Telephone: (212) 446-4800
           Facsimile: (212) 446-4900
           dale.cendali@kirkland.com
           joshua.simmons@kirkland.com
           megan.mckeown@kirkland.com

           *Attorneys for Plaintiff*
           *Take-Two Interactive Software, Inc.*